# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JUSTICE SMITH, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:26-cv-00055 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| ACIMA LEASING, LLC, | § | |
| | § | |
| *Defendant.* | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 1, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #20) that Defendant Acima Leasing, LLC's Motion to Compel Arbitration or Dismiss (Dkt. #15) be granted to the extent it asks the court to compel the parties to arbitrate and dismissed to the extent it requests dismissal of the complaint.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Acima Leasing, LLC's Motion to Compel Arbitration or Dismiss (Dkt. #15) is hereby **GRANTED** to the extent it asks the court to compel the parties to arbitrate.

It is **FURTHER ORDERED** that the case is **STAYED** pending arbitration. The parties must notify the court of the outcome of arbitration no later than seven days after its completion.

 **IT IS SO ORDERED**.

 **SIGNED this 26th day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE